IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv297

| | | |
|---|---|---|
| WHY DRIVE 55, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| BONNIE DUNCAN, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the Consent Motion to Withdraw Motion to Strike [# 42]. Defendants move to withdraw their previously filed Motion to Strike [# 37]. Plaintiff consents to the motion. For good cause shown, the Court **GRANTS** the motion [# 42]. The Court **DIRECTS** the Clerk to **TERMINATE** the submission of the Motion to Strike [# 37].

Signed: March 26, 2012

Dennis L. Howell
United States Magistrate Judge