IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv297

| | |
|---|---|
| WHY DRIVE 55, INC., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| BONNIE DUNCAN, et al., ) | |
| Defendants. ) | |

Pending before the Court is Defendant Steven J. Allen's Motion to Dismiss [# 55]. After Defendant Allen moved to dismiss the Amended Complaint, the parties entered into a stipulation of dismissal as to Defendant Allen dismissing all the claims asserted against Defendant Allen with prejudice. Because Defendant Allen is no longer a party to this dispute, the Court **DENIES as moot** the Motion to Dismiss [# 55].

Signed: January 16, 2013

Dennis L. Howell
United States Magistrate Judge