THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00297-MR-DLH

| | |
|---|---|
| WHY DRIVE 55 INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| BONNIE DUNCAN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Mediator's Report advising that that this matter has been settled. [Doc. 104]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the Plaintiff shall have thirty (30) days from the filing of the stipulation of dismissal within which to renew its motion for default judgment against Defendant Edd Conn.

**IT IS SO ORDERED.**

Signed: February 5, 2014

Martin Reidinger
United States District Judge