UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| **WHY DRIVE 55, INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> BONNIE DUNCAN, JOSEPH W. DUNCAN, ) <br> STEVEN J. ALLEN, DOVE AIR, INC., CONAIR ) <br> JET SALES, INC., EDD CONN, ROBERT ) <br> HETTINGER, BILL JOHNSON, ALYSSA ) <br> DUNCAN, JOHN DOE AND JANE DOE, Jointly ) <br> and Severally, ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action <br> No:1:11-cv-297 <br><br><br> **JUDGMENT BY DEFAULT** |

This cause was heard by the undersigned clerk on motion of Plaintiff. It appears to the Court upon motion and affidavit that this is an action on a claim for a sum certain or a sum which by computation can be made certain; that personal service of the Second Amended Complaint was had on defendant Edd Conn on May 9th, 2012, as evidenced by plaintiff's affidavit of service **[Doc. 85]**, that the Court has jurisdiction over the subject matter of the action; that defendant Edd Conn is not under disability and has failed to plead or appear in the time allowed by law; that default has been entered against Edd Conn; and that Defendant Edd Conn is indebted to Plaintiff, in the sum of $450,000.00, with interest calculated from 03/21/2014 and without setoff or counterclaim.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

1. The plaintiff's motion for default judgment against defendant Edd Conn is

GRANTED;

2. Default judgment is hereby entered against defendant Edd Conn in the amount of 450,000.00, with post judgment interest at the rate permitted by statue calculated from the 21st day of March, 2014.

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court