IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv297

| | |
|---|---|
| WHY DRIVE 55, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| BONNIE DUNCAN, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Motion to Withdraw as Attorney [# 113]. Counsel for Plaintiff moves to withdraw as counsel. The Local Rules require that an attorney either submit the written consent of the client to withdraw or that the attorney show good cause for withdrawing. LCvR 83.1(F). In addition, the attorney must include the last known address of the client. Id. Here, counsel has failed to include the last known address of his client. In addition, Plaintiff has not yet obtained new counsel, and, as a corporation, Plaintiff may not proceed *pro se* in these proceedings. Accordingly, the Court **DENIES without prejudice** the motion [# 113].

Signed: July 7, 2014

Dennis L. Howell
United States Magistrate Judge